**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Devin Thomas COOPER, Petitioner**

**No. 319 MAL 2017**

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Keith DEVINE, Petitioner**

**No. 186 EAL 2017**

Supreme Court of Pennsylvania.

October 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**